**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24704

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-13482-GBN |
| Mark A. Dion and Chrisi A. Dion<br>Debtors. | Chapter 13 |
| Wells Fargo Bank, N.A. | O R D E R |
| Movant,<br>vs. | (Relating to docket #57) |
| Mark A. Dion and Chrisi A. Dion, Debtors; Edward J. Maney, Trustee. | |
| Respondents. | |

IT IS HEREBY ORDERED that Movant's Amended Notice of Default is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

_____
UNITED STATES BANKRUPTCY JUDGE